# UNITED STATES DISTRICT COURT

for the

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
A burgundy 2001 Buick Century, bearing Pennsylvania license plate number JVP9866, Vehicle Identification Number 2G4WS52J011221400, registered to K.W

Case No. 19-450-M

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Search Warrant Attachment B incorporated herein.

located in the Eastern District of Pennsylvania, there is now concealed *(identify the person or describe the property to be seized)*:
See Search Warrant Attachment A incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2113(a) | Bank robbery |

The application is based on these facts:
See attached Affidavit incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Christopher Romanoski, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/18/2019

[signature]
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Hon. Linda K. Caracappa, Chief Magistrate Judge
*Printed name and title*

**ATTACHMENT A: ITEMS TO BE SEARCHED FOR AND SEIZED**

1. All records and physical items that relate to violations of Title 18, Unites States Code, Section 2113(a) (bank robbery), including:

   a. Clothing and other items used in robbery.

   b. Items stolen during the commission of robbery, including U.S. currency.

   c. Weapons, including knives, firearms and ammunition.

   d. Documents, in whatever form, pertaining to the planning of robbery, the commission of robbery, or the distribution, expenditure or location of proceeds of robbery, indicia of ownership, or identification of individuals who are suspects in this investigation.



**ATTACHMENT B: ITEMS TO BE SEARCHED**

1. A burgundy 2001 Buick Century, bearing Pennsylvania license plate number JVP9866, Vehicle Identification Number 2G4WS52J011221400, registered to K.W.



**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Christopher Romanoski, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia Division, and have been so since August 2018. I am currently assigned to the Joint Terrorism Task Force (JTTF) which identifies and disrupts potential terrorist plots by individuals or terror cells, freezing terrorist finances, sharing information with law enforcement and intelligence partners worldwide, and providing strategic and operational threat analysis to the wider intelligence community. In addition, I also assist in other investigations including the investigation of bank robberies.

2. This affidavit is being submitted in support of an application for a search warrant for the following vehicle. The items to be seized pursuant to the search warrants are more fully described in Attachment B to the respective warrant.

    a. A burgundy 2001 Buick Century, bearing Pennsylvania license plate number JVP9866, Vehicle Identification Number 2G4WS52J011221400, registered to K.W.

3. This affidavit is based upon my personal knowledge, experience and investigation, as well as information related to me directly or through reports of other FBI agents, FBI task force officers, Philadelphia Police Department (Philadelphia PD) officers, Delaware State Police (DSP) officers, and other law enforcement officers in the course of their official duties. Throughout this affidavit, reference will be made to "agents," referring to those federal, state and local law enforcement officers who have directly participated in the investigation, and with whom I have had regular contact.

4. Because this affidavit is submitted for the limited purpose of obtaining a search warrant, I have not included all information known by me or other agents concerning this investigation. I have set forth only those facts that I believe are essential to establish the necessary foundation for the search warrants. This affidavit does not exhaust my knowledge or that of other agents of the facts and circumstances surrounding this investigation.

5. An investigation conducted by the FBI and the Philadelphia Police Department resulted in the arrest of an individual named GEORGE JOHNSON, on February 27, 2019. The Honorable Jacob P. Hart, U.S. Magistrate Judge, signed a complaint warrant, on February 28, 2019, charging GEORGE JOHNSON with one count of bank robbery, in violation of Title 18, United States Code, Section 2113(a) (bank robbery), for the robbery of the TD Bank located at 2520 Grant Avenue, in Philadelphia, PA that occurred on February 27, 2019.

6. On Wednesday, February 27, 2019, at approximately 12:27 p.m., an unknown black male, hereinafter referred to as suspect, entered the TD Bank located at 2520 Grant Avenue, in Philadelphia, PA, and approached the victim teller, (A.E.). The suspect immediately reached over the counter and placed a plastic Wawa bag and a threatening demand note on the counter in front of A.E.. The demand note stated, "I have a gun Put all $100 - $50 - $20 iN the bag." The suspect then verbally told the victim teller to hurry up.

7. A.E. immediately pressed the alarm with his/her left hand while s/he grabbed the plastic Wawa bag with her right hand. A.E. then opened the cash drawer and grabbed the GPS tracking device and bait money and placed it in the Wawa bag. The suspect then stated, "Give me all the $100s and $50s." A.E. then grabbed additional cash, for a total of $900, which include the $100 provided with the GPS tracking device. The suspect took the cash and departed the bank branch in an unknown direction.

8. The suspect was described as a black male, late 40s to early 50s in age, approximately 5'5" in height, medium build, black and grey beard, wearing a black zip-up jacket with red lettering on the front, black pants, a black winter hat, and dark sunglasses.

9. After the robbery, Philadelphia Police Department (PPD) Officers and members of the Philadelphia Division Violent Crimes Task Force responded to the crime scene for processing. Once on scene, A.E. (victim teller) was interviewed and the video surveillance footage was obtained.

10. At approximately 12:41 p.m., PPD Lieutenant John Boyle, while responding to the bank robbery, received a description of the suspect over the police radio. Lt. Boyle then received supplemental information from the police radio that a GPS tracking device taken from the bank robbery was traveling southbound on Blue Grass Road toward Welsh Road. As Lt. Boyle approached Welsh Road and Haven Place, he observed a black male, fitting the bank robber's description, operating a red Buick Century, Pennsylvania license plate number JVP-9866. The male was attempting to drive the vehicle up the right shoulder of the road but was stuck in traffic due to a parked car. Police radio then indicated the GPS tracking device was stopped at 8951 Haven Place. As traffic moved, the male was able to continue eastbound on Welsh Road. Lt. Boyle then observed the vehicle turn right on Dewees Road, heading south. The vehicle continued on Dewees Road until it turned into Winchester Avenue, where it turned right and headed northbound on Roosevelt Blvd. When the vehicle approached Woodward, the vehicle changed direction and proceeded southbound on Roosevelt Blvd. in the inner lane. The vehicle then traveled to the southbound outer lane at Strahle. Lt. Boyle proceeded to Rhawn Street and headed westbound. Police radio indicated the GPS tracking device was on Fuller moving toward Eastwood. Lt. Boyle then traveled southbound on Bradford and westbound on Loney Street

toward Bustleton Avenue when Lt. Boyle was ordered to terminate the pursuit. Lt. Boyle then provided police radio his ending location.

11. PPD Police Officers Theodore Brown and Dimitrios Loizos, while responding to the bank robbery, received a description of the suspect over the police radio. Officers Brown and Loizos responded to the area of 7900 Eastwood Street and observed a black male wearing a black sweat suit with a red Nike emblem on the jacket and pants running southbound on Eastwood Street toward Loney Street while holding a brown plastic bag in his right hand. After exiting their vehicle and ordering the male to stop, the male continued running toward the rear driveway between 2300 Ripley Street and 2301 Loney Street. PPD Officers Brown and Loizos tackled the male and placed him under arrest at 7938 Eastwood Street. This individual who was stopped was later identified as GEORGE JOHNSON.

12. At the time of JOHNSON's arrest, PPD Officers recovered a plastic Wawa bag from JOHNSON's right hand. Upon further inspection, the plastic Wawa bag contained a GPS tracking device with five (5) $20 dollar bills, totaling $100 as well as $800 in loose bills, for a total of $900. Officers Brown and Loizos also recovered the hand written demand note that stated, "I have a gun Put all $100 - $50 - $20 iN the bag," in JOHNSON's left front pocket, as well as a SEPTA pass.

13. A.E. was then brought to that location for identification purposes. A.E. was asked if JOHNSON was the individual who robbed him/her today. The victim teller then positively identified JOHNSON as the individual who robbed him/her and stated, "Yes, that's him." A.E. specifically stated JOHNSON was wearing the same clothing and had the same facial hair and round face as the individual who robbed the bank.

14. JOHNSON was then transported to the Philadelphia Division of the FBI, 600 Arch Street, 8th Floor, Philadelphia, PA., for further investigation. Upon arrival, JOHNSON was advised of his Miranda rights, via an FBI FD-395, Advice of Rights form, which he subsequently signed and dated. JOHNSON then provided a full confession to the February 27, 2019 robbery of TD Bank located at 2520 Grant Avenue, Philadelphia, PA. The interview of JOHNSON was visually and audibly recorded.

15. At the conclusion of the interview, JOHNSON was shown a surveillance photograph from the February 27, 2019 robbery of TD Bank. JOHNSON positively identified himself as the individual depicted in the surveillance photograph and subsequently signed and dated the surveillance image. JOHNSON was also shown a copy of the recovered demand note from his left front pocket. JOHNSON admitted he wrote the demand note and admitted he used the demand note during the commission of the bank robbery. JOHNSON subsequently signed and dated the copy of the demand note. JOHNSON was then shown a photograph of the plastic Wawa bag recovered from his person at the time of his arrest. JOHNSON admitted the bag was provided to the bank teller during the robbery as a way to hold the money. JOHNSON subsequently signed and dated the photograph of the plastic Wawa bag. JOHNSON was then shown a photograph of the red Buick Century, PA LPN JVP-9866. JOHNSON admitted he utilized the vehicle during the commission of the bank robbery and subsequently signed and dated the photograph.

16. Database checks were then conducted for the burgundy 2001 Buick Century, bearing Pennsylvania license plate number JVP9866, Vehicle Identification Number 2G4WS52J011221400. License plate number JVP9866 was identified as registered to a 2005 Chevrolet. The VIN was registered to a 2001 Buick Sedan, owned by K.W.

17. On Friday, March 1, 2019, Philadelphia Police Department officers delivered a message to K.W. regarding the purchase of a 2001 burgundy Buick Century, VIN 2G4WS52J011221400. The message was delivered to K.W. at his/her residence.

18. On Monday, March 4, 2019, K.W. called Detective Matthew Carey, Philadelphia Division Violent Crimes Task Force. K.W. stated she sold the vehicle approximately two weeks ago to an individual named "G." K.W. stated she had a "FOR SALE" sign on the Buick Century and "G" approached him/her while the vehicle was parked at Mercado Food Market, 1900 North Van Pelt Street, Philadelphia, PA. K.W. sold the vehicle to "G" for approximately $800. After the sale of the vehicle, "G" stopped answering his phone when K.W. attempted to get the title of the vehicle transferred to "G." K.W. provided Detective Carey verbal permission to search the vehicle. Since the true ownership of the Buick Century is unclear, I am seeking a search warrant in order to search the vehicle, which had been in the possession of the FBI since the arrest of GEORGE JOHNSON, on February 27, 2019.

19. Based on my training and experience, I know that evidence of a crime can often be found in a subject's vehicle, such as clothing used during the commission of the crime which is consistent with witness descriptions and surveillance camera footage, items stolen during the crime, and firearms. I have also found in my past experience that vehicles often contain documents, cellular phones, GPS devices, papers with names and/or numbers, and photographs that are crucial in identifying associates and possible accomplices. This is especially the case where the subject's vehicle was used in the commission of the crime, such as in a robbery. This application seeks permission to search the vehicle identified in Attachment B, for the items listed in Attachment A.

20. Based on the foregoing, your affiant believes that probable cause exists to believe that GEORGE JOHNSON has committed a violation of Title 18, United States Code, Section 2113(a) (bank robbery), and that evidence of this violation exists in the location described in Attachment B.

Christopher Romanoski
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 8 day of March, 2019

HONORABLE LINDA K. CARACAPPA
*Chief Magistrate Judge*

## ATTACHMENT A: ITEMS TO BE SEARCHED FOR AND SEIZED

1. All records and physical items that relate to violations of Title 18, Unites States Code, Section 2113(a) (bank robbery), including:

   a. Clothing and other items used in robbery.

   b. Items stolen during the commission of robbery, including U.S. currency.

   c. Weapons, including knives, firearms and ammunition.

   d. Documents, in whatever form, pertaining to the planning of robbery, the commission of robbery, or the distribution, expenditure or location of proceeds of robbery, indicia of ownership, or identification of individuals who are suspects in this investigation.

**ATTACHMENT B: ITEMS TO BE SEARCHED**

1. A burgundy 2001 Buick Century, bearing Pennsylvania license plate number JVP9866, Vehicle Identification Number 2G4WS52J011221400, registered to K.W.